IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION


| | | |
|---|---|---|
| JULIUS TURNER, #1241225 | § | |
| VS. | § | CIVIL ACTION NO. 6:11cv183 |
| STANLEY SOKOLOWSKI | § | |

ORDER OF DISMISSAL

Plaintiff Julius Turner, an inmate confined in the Texas prison system, proceeding *pro se*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983 against the prosecutor in his criminal case. The complaint was referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the lawsuit should be dismissed. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. It is specifically noted that the Magistrate Judge correctly explained that the Defendant, acting as a prosecutor, was immune from liability. *See Boyd v. Biggers*, 31 F.3d 279, 284 (5th Cir. 1994). The Plaintiff did not address the explanation nor show that it was erroneous. The objections lack merit. Consequently, the Court hereby adopts

1

the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly

      **ORDERED** that the Plaintiff's civil rights complaint is **DISMISSED** with prejudice

pursuant to 28 U.S.C. § 1915A(b)(1) & (2).  All motions not previously ruled on are **DENIED**.

**SIGNED this 5th day of August, 2011.**

_____

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE